IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
BIG STONE GAP DIVISION

JEFF MULLINS
d/b/a MULLINS AMMUNITION, INC.
    Plaintiff

V.                                     Case Number:

RINKY DINK SYSTEMS, INC.
d/b/a R.D. SYSTEMS
    Defendant

## MOTION FOR EXTENSION OF TIME

COMES NOW, your Plaintiff, Jeff Mullins, d/b/a Mullins Ammunition, Inc., by counsel, and moves this Court to grant him an extension of time in which to effect service upon the Defendant Rinky Dink Systems, Inc., d/b/a R.D. Systems, based upon the following:

1. Defendant has been bought out by another corporation since suit was filed with this Court.

2. The Registered Agent for the Defendant, to which this matter was sent for service, has changed.

3. Counsel for Plaintiff had been unable to locate the name and address of the new owner's Registered Agent, though diligent effort had been used, until the first week of September, 2007.

4. A Waiver of Service of Summons has been sent to the new owner's Registered Agent, but as of the date of this filing, has not been returned to counsel for Plaintiff.

WHEREFORE, your Plaintiff prays that he be granted an extension of time to effect

service upon the Defendant.

                                                    JEFF MULLINS
                                                    d/b/a MULLINS AMMUNITION, INC.
                                                    By Counsel

/S/ ANTHONY E. COLLINS
ANTHONY E. COLLINS
Counsel for Plaintiff
P.O. Box 3465
Wise, VA 24293
(276) 328-2433
Fax: (276) 328-2217
aeclaw1@verizon.net
VSB #: 30270