IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
BIG STONE GAP DIVISION

CLERK'S OFFICE U.S. DIST. COURT
AT ABINGDON, VA
FILED

SEP 1 1 2007

JOHN F. CORCORAN, CLERK
BY: /s/ _____
DEPUTY CLERK

JEFF MULLINS
d/b/a MULLINS AMMUNITION, INC.
    Plaintiff

V.                                        Case Number: 2:07-cv-00024

RINKY DINK SYSTEMS, INC.
d/b/a R.D. SYSTEMS
    Defendant

~~PROPOSED~~ ORDER

CAME THIS DAY, your Plaintiff, Jeff Mullins, d/b/a Mullins Ammunition, Inc., by counsel; upon his Motion for an extension of time to obtain service upon the Defendant; upon the Court finding good cause to do so

It is hereby ORDERED that the Plaintiff has an additional 45 ~~seventy (70)~~ days, that is until Oct. 26 ~~November 20~~, 2007, in which to obtain service upon the Defendant.

Dated this the 11th day of September, 2007.

_____
JUDGE

SEEN AND REQUESTED:

/S/  ANTHONY E. COLLINS
ANTHONY E. COLLINS
Counsel for Plaintiff