IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
BIG STONE GAP DIVISION

| | |
|---|---|
| **JEFF MULLINS** )<br>d/b/a **MULLINS AMMUNITION, INC**. )<br>   )<br>   Plaintiff, )<br>   )<br>v.   )    Case Number:  2:07-CV-00024<br>   )<br>**RINKY DINK SYSTEMS, INC.** )<br>d/b/a **RD SYSTEMS, INC.** )<br>   )<br>   Defendant. ) | |

### DEFENDANT'S MOTION TO DISMISS COMPLAINT
### PURSUANT TO FED. R. CIV. P. 12(b)(2), OR, ALTERNATIVELY,
### TO TRANSFER VENUE PURSUANT TO 28 U.S.C. § 1404(a)

Defendant, Rinky Dink Systems, Inc., d/b/a RD Systems, Inc., by counsel, pursuant to Rule 12(b)(2) of the Federal Rules of Civil Procedure, moves this Court to dismiss this action for lack of personal jurisdiction; or, alternatively, to transfer venue of this case to the United States District Court for the Northern District of Illinois, Western Division, pursuant to 28 U.S.C. § 1404(a).  The grounds for the defendant's Motion are set forth in the accompanying Memorandum and exhibits filed with this Motion.

RINKY DINK SYSTEMS, INC.<br>
d/b/a RD Systems, Inc.<br><br>
By Counsel

      /s/  Temple W. Cabell
Temple W. Cabell, Esquire (VSB# 20305)
William R. Sievers, Esquire (VSB# 48776)
Eden M. Darrell, Esquire (VSB# 72868)

Schaffer & Cabell, P.C.
416 W. Franklin Street
Richmond, Virginia 23220
(804) 648-0064
(804) 648-5808 (facsimile)
**tcabell@schaffercabell.com**
*Counsel for Rinky Dink Systems, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 9th day of November 2007, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

Anthony E. Collins, Esquire
P.O. Box 3465
Wise, VA 24293
(276) 328-2433
aeclaw1@verizon.net


       /s/William R. Sievers
William R. Sievers, Esquire (VSB# 48776)
Schaffer & Cabell, P.C.
416 W. Franklin Street
Richmond, Virginia 23220
(804) 648-0064
(804) 648-5808 (facsimile)
rsievers@schaffercabell.com

*Counsel for Rinky Dink Systems Inc.*