IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
BIG STONE GAP DIVISION

| | |
|---|---|
| JEFF MULLINS<br>d/b/a MULLINS AMMUNITION, INC.<br><br>  Plaintiff,<br><br>v.<br><br>RINKY DINK SYSTEMS, INC.<br>d/b/a RD SYSTEMS, INC.<br><br>  Defendant. | )<br>)<br>)<br>)<br>)<br>) Case Number: 2:07-CV-00024<br>)<br>)<br>)<br>)<br>) |

## AFFIDAVIT OF MICHAEL ROCK

I, Michael Rock, do hereby swear and affirm the following:

1. I am not an officer, employee, or agent of Rinky Dink Systems, Inc., nor have I ever been an officer, employee, or agent of Rinky Dink Systems, Inc. My association with Rinky Dink Systems, Inc. is solely through amicable relationships with the company's officers.

2. In or about February 2002, I attended a trade show in Las Vegas, Nevada, where I met for the first time, the plaintiff, Jeff Mullins, President of Mullins Ammunition, Inc.

3. While at the show, I spoke to Mr. Mullins about Rinky Dink Systems, Inc. and the kind of work the company did.

4. I was not paid by Rinky Dink Systems, Inc. to attend the show in Las Vegas, nor was I asked by any officer, employee, or agent of Rinky Dinky Systems, Inc. to attend the show. I did not attend the show for any purpose related to the business of Rinky Dink Systems, Inc.

5. I never received any compensation or commissions from Rinky Dink Systems, Inc. for attending the show in Las Vegas.

Affidavit of Michael Rock

6. I have never received any compensation or commissions from Rink Dink Systems, Inc.

7. I have no referral agreements with Rinky Dink Systems, Inc.

I affirm that the foregoing is true and correct.

*Michael B Rock*
MICHAEL ROCK

Sworn and subscribed to before me, a Notary Public of the State of Illinois, this 8th day November 2007.

*James H. Jacobs*
Notary Public
My Commission Expires: 11/15/2009