# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
### BIG STONE GAP DIVISION

| | |
|---|---|
| **JEFF MULLINS, ETC.,** ) | |
| ) | |
| Plaintiff, ) | Case No. 2:07CV00024 |
| ) | |
| v. ) | **ORDER** |
| ) | |
| **RINKY DINK SYSTEMS, INC., ETC.,** ) | By: James P. Jones |
| ) | Chief United States District Judge |
| Defendant. ) | |

The defendant has filed a Motion to Dismiss Complaint or Alternatively, to Transfer Venue. It is **ORDERED** that the plaintiff must file a response thereto within fourteen (14) days after entry of this order and the defendant may, if it wishes, file a reply thereto within seven (7) days of service of such response. If any of the parties desire a hearing or oral argument on the motion, they must contact the court's scheduler (Allison Cook 276/628-5116) promptly after the last date described above or the motion will be determined without a hearing or oral argument.

ENTER: November 10, 2007

/s/ JAMES P. JONES
Chief United States District Judge