CLERK'S OFFICE U.S. DIST. COURT
AT ABINGDON, VA
FILED

NOV 26 2007

JOHN F. CORCORAN, CLERK
BY: /s/
    DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
BIG STONE GAP DIVISION

| | |
|---|---|
| JEFF MULLINS ) | |
| d/b/a MULLINS AMMUNITION, INC. ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case Number: 2:07-CV-00024 |
| ) | |
| RINKY DINK SYSTEMS, INC. ) | |
| d/b/a RD SYSTEMS, INC. ) | |
| ) | |
| Defendant. ) | |

## CONSENT ORDER
## TO TRANSFER VENUE PURSUANT TO 28 U.S.C. § 1404(a)

Upon the Motion of the defendant, Rinky Dink Systems, Inc., d/b/a RD Systems, Inc., for an Order transferring venue of this case to the United States District Court for the Northern District of Illinois, Western Division, pursuant to 28 U.S.C. § 1404(a); and the parties having consented to the transfer of this case to the United States District Court for the Northern District of Illinois, Western Division; and the Court having considered the papers and consent of the parties in support of the transfer; and for other good cause appearing, IT IS

ORDERED that the defendant's Motion to Transfer is hereby GRANTED; and

ORDERED that this case is hereby transferred to the United States District Court for the Northern District of Illinois, Western Division for further proceedings pursuant to 28 U.S.C. § 1404(a).

SO ORDERED THIS 26 DAY OF November, 2007.

1

_____
United States District Judge

THE PARTIES CONSENT TO THE ENTRY OF THE CONSENT ORDER AS INDICATED BY SIGNATURE OF COUNSEL BELOW:

_____
William R. Sievers, Esquire (VSB#48776)
Schaffer & Cabell, P.C.
416 W. Franklin Street
Richmond, Virginia 23220
(804) 648-0064
(804) 648-5808 (facsimile)
*Counsel for Rinky Dink Systems, Inc.*

Date: 11.15.07

_____
Anthony E. Collins, Esquire
P.O. Box 3465
Wise, Virginia 24293
(276) 328-2433
*Counsel for Plaintiff, Jeff Mullins, d/b/a Mullins Ammunition, Inc.*

Date: 11/19/07