# U.S. District Court
# United States District Court for the Western District of Virginia (Big Stone Gap)
# CIVIL DOCKET FOR CASE #: 2:07–cv–00024–jpj–pms

| | |
|---|---|
| Mullins v. Rinky Dink Systems, Inc. | Date Filed: 05/15/2007 |
| Assigned to: Judge James P. Jones | Date Terminated: 11/26/2007 |
| Referred to: Magistrate Judge Pamela Meade Sargent | Jury Demand: Defendant |
| Demand: $5,000,000 | Nature of Suit: 190 Contract: Other |
| Cause: 28:1332 Diversity–Breach of Contract | Jurisdiction: Diversity |

**Plaintiff**

**Jeff Mullins**　　　　　　　　　　　　　　　　represented by **Anthony E. Collins**
*doing business as*　　　　　　　　　　　　　　　　　　　　　ANTHONY E. COLLINS, P.C.
Mullins Ammunition, Inc.　　　　　　　　　　　　　　　　　PO BOX 3465
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　WISE, VA 24293
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　276–328–2433
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Fax: 276–328–2217
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Email: aeclaw1@verizon.net
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　*LEAD ATTORNEY*
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Rinky Dink Systems, Inc.**　　　　　　　　　　represented by **William Roberts Sievers**
*doing business as*　　　　　　　　　　　　　　　　　　　　　SCHAFFER &CABELL PC
R. D. Systems　　　　　　　　　　　　　　　　　　　　　　　P.O. BOX 507
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　RICHMOND, VA 23218–0507
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　804–648–0064
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Fax: 648–5808
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Email: rsievers@schaffercabell.com
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　*LEAD ATTORNEY*
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 05/15/2007 | 1 | COMPLAINT against Rinky Dink Systems, Inc. (Filing fee $ 350.) , filed by Jeff Mullins. 100 Day Notice due by 8/23/2007 120 Day Service due by 9/12/2007 (Attachments: # 1 Civil Cover Sheet)(ehs, ) |
| 05/15/2007 | 2 | Notice of Filing Deficiency – Lack of Corporate Disclosure Statement as to Jeff Mullins – Pursuant to Standing Order dated May 15, 2000, and the adoption of Rule 7.1 of the Federal Rules of Civil Procedures, effective December 1, 2002, nongovernmental corporate parties are now directed to file the above statement with their first appearance, pleading, motion or response. We ask that you comply with this rule change in the future. The corporate disclosure statement form is available on our public website at www.vawd.uscourts.gov. The form is located under forms on this web page. This form should be electronically filed in this matter within three (3) business days. (ehs, ) |
| 05/16/2007 | 3 | |

| | | |
|---|---:|---|
| | | Negative Corporate Disclosure Statement by Jeff Mullins. (Collins, Anthony) Additional attachment(s) added on 5/16/2007 (ehs, ). Modified on 5/16/2007 (ehs, ). Document deleted; replaced with readable document |
| 05/16/2007 | 4 | Notice of Correction re 3 Negative Corporate Disclosure Statement: Deleted deficient document and replaced with readable document (ehs, ) |
| 08/22/2007 | 5 | 100 Day Notice Letter to counsel. (aec) |
| 09/11/2007 | 6 | MOTION Extention of time to serve Defendant re 5 100 Day Notice Letter Sent by Jeff Mullins. (Collins, Anthony) |
| 09/11/2007 | 7 | ORDER granting in part and denying in part 6 Motion extension of time to obtain service upon defendant . Signed by Judge James P. Jones on 9/11/07. (ehs, ) |
| 10/01/2007 | 8 | WAIVER OF SERVICE Returned Executed by Jeff Mullins. Rinky Dink Systems, Inc. waiver sent on 9/10/2007, answer due 11/9/2007. (Collins, Anthony) |
| 11/09/2007 | 9 | MOTION to Dismiss for Lack of Jurisdiction, MOTION to Transfer Case by Rinky Dink Systems, Inc.. (Sievers, William) |
| 11/09/2007 | 10 | Brief / Memorandum in Support re 9 MOTION to Dismiss for Lack of Jurisdiction MOTION to Transfer Case. filed by Rinky Dink Systems, Inc.. (Attachments: # 1 Affidavit of Mike Rock# 2 Affidavit of Jo Ribordy−Christofferson# 3 Exhibit to Affidavit of Ribordy−Christofferson)(Sievers, William) |
| 11/09/2007 | 11 | Magistrate's Notice to counsel. (ehs) |
| 11/10/2007 | 12 | ORDER requring response to Motion. Signed by Judge James P. Jones on 11/10/2007. (jpj) |
| 11/26/2007 | 13 | Order granting 9 Motion to Transfer; Order transferring case to District of Northern Illinois, Western Division.. Signed by Judge James P. Jones on 11/26/07. (flc) |