THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| JEFF MULLINS d/b/a MULLINS AMMUNITION, INC., )<br><br>Plaintiff, )<br><br>vs. )<br><br>RINKY DINK SYSTEMS, INC. d/b/a RD SYSTEMS, INC. )<br><br>Defendant. ) | NO. 07 C 50245 |

PROOF OF SERVICE

The undersigned states that a copy of the attached **Appearance of Attorney of Kim M. Casey** was served upon:

> Anthony E. Collins
> Anthony E. Collins, P.C.
> P.O. Box 3465
> Wise, VA 24293

the parties and attorneys of record herein, by depositing said envelope, with postage fully prepaid by first class mail, in the United States Post Office mailbox in Rockford, Illinois, on this 4th day of January, 2008.

_Joyce Howe_

KIM M. CASEY - #6181726
Holmstrom & Kennedy, P.C.
800 N. Church St.
P.O. Box 589
Rockford, IL 61105
(815) 962-7071

Subscribed and sworn to before me
this 4th day of January, 2008

_Katherine Collopy-Norris_
Notary Public

"OFFICIAL SEAL"
KATHERINE COLLOPY-NORRIS
Notary Public, State of Illinois
My Commission Expires 11/02/11

# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                                       Case Number: 07 C 50245

JEFF MULLINS d/b/a MULLINS AMMUNITION, INC.
vs.
RINKY DINK SYSTEMS, INC. d/b/a RD SYSTEMS, INC.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Rinky Dink Systems, Inc. d/b/a RD Systems, Inc.

| NAME (Type or print) |
|---|
| Kim M. Casey |

| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
|---|
| s/ Kim M. Casey |

| FIRM |
|---|
| Holmstrom & Kennedy, P.C. |

| STREET ADDRESS |
|---|
| 800 North Church Street, P.O. Box 589 |

| CITY/STATE/ZIP |
|---|
| Rockford, Illinois 61105 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 6181726 | (815) 962-7071 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
|---|---|---|
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ☐ |

| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. |
|---|
| RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ |