# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0
### Western Division

Jeff Mullins

                              Plaintiff,

v.                                              Case No.: 3:07−cv−50245
                                                Honorable Frederick J. Kapala

Rinky Dink Systems, Inc.

                              Defendant.

---

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, February 1, 2008:

     MINUTE entry before Judge P. Michael Mahoney :Status hearing held on 2/1/2008. Parties to hold Rule 26 Meeting. Case management order due by 2/14/2008. Initial Pretrial Conference set for 2/15/2008 at 01:30 PM.(glg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.