UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

F I L E D

FEB 11 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

JEFF MULLINS
    Plaintiff

V.    CASE NUMBER: 3:07-cv-50245

RINKY DINK SYSTEMS, INC.
    Defendant

### MOTION TO WITHDRAW

COMES NOW Anthony E. Collins, counsel for Plaintiff, and moves this Honorable Court to allow him to withdraw as counsel for Plaintiff, Jeff Mullins, in the above styled action, based upon the following:

1. Venue in this matter has been transferred from the United States District Court for the Western District of Virginia, Big Stone Gap Division to the United States District Court for the Northern District of Illinois Western Division.

2. Counsel is not licensed to practice law in the state of Illinois and has advised Plaintiff that it is necessary for him to employ Illinois counsel for representation in this matter.

WHEREFORE, Anthony E. Collins, counsel for Plaintiff, Jeff Mullins, prays that his honorable allows him to withdraw as counsel of record in the above-styled matter.

Dated this the 29 day of January, 2008.

*Anthony E. Collins*
ANTHONY E. COLLINS
ATTORNEY AT LAW
P.O. Box 3465
Wise, VA 24293

## CERTIFICATE OF SERVICE

I, Anthony E. Collins, do hereby certify that on the ___29___ day of January, 2008, I forwarded a true and accurate copy of the foregoing instrument to Kim Marie Casey, Holmstrom & Kennedy, 800 North Church Street, Rockford, Il 61103.

*Anthony E. Collins*
ANTHONY E. COLLINS