# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Frederick J. Kapala | **Sitting Judge if Other than Assigned Judge** | P. Michael Mahoney |
|---|---|---|---|
| **CASE NUMBER** | 07 C 50245 | **DATE** | 2/15/2008 |
| **CASE TITLE** | MULLINS vs. RINKY DINK | | |

**DOCKET ENTRY TEXT:**

Initial Pretrial Conference held. Plaintiff's motion for Anthony E. Collins to withdraw as counsel is granted. FRCP 26(a)(1) disclosure due March 17, 2008. Response to complaint due March 7, 2008. Parties are in settlement negotiations. If case not settled, Case management order due May 13, 2008. Discovery conference set for May 14, 2008 at 1:30 pm.

Docketing to mail notices.

00:09

| | Courtroom Deputy Initials: | GG |
|---|---|---|