IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

JEFF MULLINS d/b/a MULLINS
AMMUNITION, INC.,

        Plaintiff,

vs.

RINKY DINK SYSTEMS, INC. d/b/a
RD SYSTEMS, INC.

        Defendant.

Case No. 07 C 50245

## DISCLOSURE STATEMENT

Defendant, Rinky Dink Systems, Inc. d/b/a RD Systems, Inc., n/k/a J & J Ribordy, Inc. makes the following disclosure in compliance with the Federal Rules of Civil Procedure 7.1:

1. Does the named party have a parent corporation?

    YES_____   NO __XX__

    If the answer is YES, identify below the parent corporation:

2. Is 10% or more of the named party's stock owned by a publicly owned corporation?

    YES_____   NO __XX__

    If the answer is YES, identify below the owners:

By:   Holmstrom & Kennedy, P.C.

By: _____[signature]_____      March 7, 2008
                                                          (Date)