UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| JEFF MULLINS d/b/a MULLINS AMMUNITION, INC., <br><br> Plaintiff, <br><br> vs. <br><br> RINKY DINK SYSTEMS, INC. d/b/a RD SYSTEMS, INC. <br><br> Defendant. | ) ) ) ) ) ) NO. 07 C 50245 ) ) ) ) ) ) ) |

AGREED MOTION TO EXTEND TIME FOR
RULE 26(a)(1) DISCLOSURES

Plaintiff JEFF MULLINS d/b/a MULLINS AMMUNITION, INC. and Defendant RINKY DINK SYSTEMS, INC., d/b/a RD SYSTEMS, INC., n/k/a J & J RIBORDY, INC., by their attorneys, hereby move jointly, and by agreement, to extend the date for both parties to exchange Rule 26(a)(1) disclosures from March 17, 2008 to March 31, 2008.

WHEREFORE, Plaintiff JEFF MULLINS d/b/a MULLINS AMMUNITION, INC. and Defendant RINKY DINK SYSTEMS, INC., d/b/a RD SYSTEMS, INC., n/k/a J & J RIBORDY, INC. request the entry of a Minute Order granting such extension in the above captioned matter.

RINKY DINK SYSTEMS, INC., d/b/a RD
SYSTEMS, INC., n/k/a J & J RIBORDY, INC.

BY:   HOLMSTROM & KENNEDY, P.C.

KIM M. CASEY - #6181726
Holmstrom & Kennedy, P.C.
800 N. Church St.
P.O. Box 589              BY:   _____
Rockford, IL 61105              One of its attorneys
(815) 962-7071

## PROOF OF SERVICE

The undersigned states that a copy of the foregoing Agreed Motion to Extend Time for Rule 26(A)(1) Disclosures was served upon:

>Robert Fredrickson
>2902 McFarland Rd.
>Suite 400
>Rockford, IL 61107

the parties and attorneys of record herein, via the Court's CM/ECF system by electronic transmission and by depositing said envelope, with postage fully prepaid by first class mail, in the United States Post Office mailbox in Rockford, Illinois, on this 11th day of March, 2008.

_____Joyce Howe_____

Subscribed and sworn to before me
this 11th day of march, 2008

_Katie Collopy-Norris_

"OFFICIAL SEAL"
KATHERINE COLLOPY-NORRIS
Notary Public, State of Illinois
My Commission Expires 11/02/11