**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.1.3**
**Western Division**

Jeff Mullins
                                  Plaintiff,

v.                                                     Case No.: 3:07−cv−50245
                                                        Honorable Frederick J. Kapala

Rinky Dink Systems, Inc.
                                  Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, May 14, 2008:

      MINUTE entry before Judge Honorable P. Michael Mahoney:Discovery hearing held on 5/14/2008. Case management order approved. FRCP 26(a)(1) exchanged. FRCP 26(a)(2) reserved. Amended Pleadings due by 6/30/2008. Fact, Discovery ordered closed by 12/31/2008. Dspositive Motions due by 2/2/2009. Discovery Hearing set for 7/23/2008 at 01:30 PM. (glg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.