UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| JEFF MULLINS d/b/a MULLINS AMMUNITION, INC., <br><br> Plaintiff, <br><br> vs. <br><br> RINKY DINK SYSTEMS, INC. d/b/a RD SYSTEMS, INC., <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) No. 07 C 50245 |

## MOTION FOR LEAVE TO FILE AMENDED COMPLAINT

NOW COMES the Plaintiff, JEFF MULLINS d/b/a MULLINS AMMUNITION, INC., and hereby moves for leave to file an Amended Complaint in the above case, and in support of said motion, states as follows:

1. This case was originally transferred to the U.S. District Court, Western Division of the Northern District of Illinois from the U.S. District Court, Western District of Virginia.

2. Through investigation and discovery, additional facts have come to light that are the basis for amending the count set forth in the original Complaint and adding a second count on the theory of misrepresentation.

3. That the deadline for filing amended pleadings pursuant to the case management order entered heretofore is June 30, 2008.

WHEREFORE, Plaintiff, Jeffery Mullins d/b/a Mullins Ammunition, Inc., prays that the Court grant Plaintiff leave to file an Amended Complaint in the above case.

JEFF MULLINS d/b/a MULLINS AMMUNITION, INC., Plaintiff

BY:    RENO & ZAHM LLP

BY: _____
ROBERT A. FREDRICKSON

RENO & ZAHM LLP
BY: ROBERT A. FREDRICKSON, #412
2902 McFarland Road
Perry Creek Plaza, Suite 400
Rockford, IL 61107
(815) 987-4050

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing document was served upon the following:

Atty. Kim M. Casey
Holmstrom & Kennedy
P.O. Box 589
Rockford, IL 61105
Fax No. 815-962-7181

by telefax transmission and by depositing the same in the United States Mails, postage prepaid, addressed as above, at Rockford, Illinois on June ___17th___, 2008.

_____

Subscribed and sworn to before
me the 17th day of June, 2008.

_____
Notary Public

"OFFICIAL SEAL"
JANE BRAWNER
Notary Public, State of Illinois
My Commission Expires 08/2/0?

ROBERT A. FREDRICKSON, #412
Reno & Zahm LLP
2902 McFarland Road, Suite 400
Rockford, IL 61107
815/987-4050