UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| JEFF MULLINS d/b/a MULLINS AMMUNITION, INC., <br><br> Plaintiff, <br><br> vs. <br><br> RINKY DINK SYSTEMS, INC. d/b/a RD SYSTEMS, INC., <br><br> Defendant. | ) ) ) ) No. 07 C 50245 ) ) ) ) ) ) ) ) |

## NOTICE OF MOTION

To:   Atty. Kim M. Casey
      Holmstrom & Kennedy
      P.O. Box 589
      Rockford, IL 61105

    PLEASE TAKE NOTICE that on Friday, June 27, 2008 at 1:30 p.m., or as soon thereafter as this Motion may be heard, I shall appear before Honorable Judge Mahoney or any Judge sitting in his stead, presiding in United States District Court, Northern District of Illinois, Western Division, 211 South Court Street, Rockford, Illinois and then and there present for hearing Motion for Leave to File Amended Complaint, a copy of which is attached hereto.

Dated:    June _____17_____, 2008.

                                        JEFF MULLINS d/b/a MULLINS
                                        AMMUNITION, INC., Plaintiff

                                        BY:   RENO & ZAHM LLP

                                        BY: _____
                                               ROBERT A. FREDRICKSON

RENO & ZAHM LLP
BY: ROBERT A. FREDRICKSON, #412
2902 McFarland Road
Perry Creek Plaza, Suite 400
Rockford, IL 61107
(815) 987-4050

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing document was served upon the following:

Atty. Kim M. Casey
Holmstrom & Kennedy
P.O. Box 589
Rockford, IL 61105
Fax No. 815-962-7181

by telefax transmission and by depositing the same in the United States Mails, postage prepaid, addressed as above, at Rockford, Illinois on June 17th, 2008.

_/s/ Deborah Stys_

Subscribed and sworn to before me the 17th day of June, 2008.

_/s/ Jane Brawner_
Notary Public

"OFFICIAL SEAL"
JANE BRAWNER
Notary Public, State of Illinois
My Commission Expires 09/02/09

ROBERT A. FREDRICKSON, #412
Reno & Zahm LLP
2902 McFarland Road, Suite 400
Rockford, IL 61107
815/987-4050