**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1**
**Western Division**

Jeff Mullins
                                Plaintiff,

v.                                                    Case No.: 3:07–cv–50245
                                                          Honorable Frederick J. Kapala

Rinky Dink Systems, Inc.
                                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, June 27, 2008:

      MINUTE entry before the Honorable P. Michael Mahoney : Motion hearing held. Plaintiff's motion for leave to file amended complaint [33] is granted. Defendant has 21 days to respond to amended complaint. Discovery conference hearing of 7/23/08 is canceled and reset to 9/10/08 at 1:30 p.m. Electronic notices. (jmm−r, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.