UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| JEFF MULLINS d/b/a MULLINS AMMUNITION, INC., )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>RINKY DINK SYSTEMS, INC. d/b/a )<br>RD SYSTEMS, INC., n/k/a J&J )<br>RIBORDY, INC., )<br>)<br>Defendant. ) | NO. 07 C 50245 |

AGREED MOTION TO EXTEND TIME FOR DEFENDANT'S
INITIAL RESPONSE TO AMENDED COMPLAINT

Defendant RINKY DINK SYSTEMS, INC., d/b/a RD SYSTEMS, INC., n/k/a J & J RIBORDY, INC., by its attorneys, hereby move by agreement with Plaintiff JEFF MULLINS d/b/a MULLINS AMMUNITION, INC. to extend the date of Defendant's initial response to the Amended Complaint from July 18, 2008 to July 25, 2008.

WHEREFORE, Defendant RINKY DINK SYSTEMS, INC., d/b/a RD SYSTEMS, INC., n/k/a J & J RIBORDY, INC. requests the entry of a Minute Order granting such extension in the above captioned matter.

                                        RINKY DINK SYSTEMS, INC., d/b/a RD
                                        SYSTEMS, INC., n/k/a J & J RIBORDY, INC.

                                        BY:   HOLMSTROM & KENNEDY, P.C.

KIM M. CASEY - #6181726
Holmstrom & Kennedy, P.C.
800 N. Church St.
P.O. Box 589                      BY:   _/s/ Kim M. Casey_____
Rockford, IL 61105                              One of its attorneys
(815) 962-7071

## PROOF OF SERVICE

The undersigned states that a copy of the foregoing Agreed Motion to Extend Time for Defendant's Initial Response to Amended Complaint was served upon:

>Robert Fredrickson
>2902 McFarland Rd.
>Suite 400
>Rockford, IL 61107

the parties and attorneys of record herein, via the Court's CM/ECF system by electronic transmission and by depositing said envelope, with postage fully prepaid by first class mail, in the United States Post Office mailbox in Rockford, Illinois, on this _17th_ day of ___July___, 2008.

_____ Joyce Howe

Subscribed and sworn to before me
this 17th day of July, 2008

_Katherine Collopy-Norris_

"OFFICIAL SEAL"
KATHERINE COLLOPY-NORRIS
Notary Public, State of Illinois
My Commission Expires 11/02/11