UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| JEFF MULLINS d/b/a MULLINS AMMUNITION, INC., ) ) ) Plaintiff, ) ) vs. ) ) RINKY DINK SYSTEMS, INC. d/b/a ) RD SYSTEMS, INC. ) ) Defendant. ) | NO. 07 C 50245 |

## MOTION TO WITHDRAW

WILLIAM R. SIEVERS of SCHAFFER & CABELL, P.C. files this Motion to withdraw as counsel for the Defendant RINKY DINK SYSTEMS, INC., d/b/a RD SYSTEMS, INC., and states as follows:

1. Counsel entered his appearance in this matter when it was originally pending in the District Court for the Western District of Virginia, Big Stone Gap Division.

2. Upon transfer of the case to Illinois, Attorney Kim M. Casey, Attorney Joseph Arias and Attorney Angela Bresnahan have entered their Appearances in this matter for Defendant Rinky Dink Systems, Inc. d/b/a RD Systems, Inc.

WHEREFORE, WILLIAM R. SIEVERS of SCHAFFER & CABELL, P.C. requests leave to withdraw as counsel for Defendant RINKY DINK SYSTEMS, INC., d/b/a RD SYSTEMS, INC. in this matter.

RINKY DINK SYSTEMS, INC., d/b/a RD SYSTEMS, INC.

BY: SCHAFFER & CABELL, P.C.

BY: /s/ William R. Sievers

WILLIAM R. SIEVERS
Schaffer & Cabell, P.C.
P.O. Box 507
Richmond, VA 32318-0507
(804) 648-0064

## PROOF OF SERVICE

The undersigned states that a copy of the foregoing **Motion to Withdraw** was served upon:

Robert Fredrickson
2902 McFarland Rd.
Suite 400
Rockford, IL 61107

the parties and attorneys of record herein, via the Court's CM/ECF system by electronic transmission and by depositing said envelope, with postage fully prepaid by first class mail, in the United States Post Office mailbox in Rockford, Illinois, on this 2nd day of September, 2008.

_____
Joyce Howe

Subscribed and sworn to before me
this 2rd day of September, 2008.

_____
Notary Public
Katherine Collopy-Norris

"OFFICIAL SEAL"
KATHERINE COLLOPY-NORRIS
Notary Public, State of Illinois
My Commission Expires 11/02/11