UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| JEFF MULLINS d/b/a MULLINS AMMUNITION, INC., <br><br> Plaintiff, <br><br> vs. <br><br> RINKY DINK SYSTEMS, INC. d/b/a RD SYSTEMS, INC. <br><br> Defendant. | ) ) ) ) ) ) NO. 07 C 50245 ) ) ) ) ) ) |

## NOTICE OF HEARING

YOU ARE HEREBY NOTIFIED that on the 10th day of September, 2008, at 1:30 p.m., or as soon thereafter as counsel may be heard, I shall appear at the United States District Court for the Northern District of Illinois Western Division, located at 211 South Court Street, Room 220, Rockford, Illinois, before his Honor, P. Michael Mahoney, in the room usually occupied by him as a courtroom, or in his absence, before any other Judge that may be presiding in said courtroom, and then and there present for hearing Motion to Withdraw of William R. Sievers, a copy of which is attached hereto, at which time and place you may appear if you so desire.

Date: September 2, 2008

BY: HOLMSTROM & KENNEDY, P.C.

BY: _____
One of its attorneys

KIM M. CASEY - #6181726
Holmstrom & Kennedy, P.C.
800 N. Church St.
P.O. Box 589
Rockford, IL 61105
(815) 962-7071

PROOF OF SERVICE

The undersigned, states that a copy of the foregoing Notice of Motion and Motion to Withdraw was served upon:

Robert Fredrickson
2902 McFarland Rd.
Suite 400
Rockford, IL 61107

the parties and attorneys of record herein, via the Court's CM/ECF system by electronic transmission and by depositing said envelope, with postage fully prepaid by first class mail, in the United States Post Office mailbox in Rockford, Illinois, on this 2nd day of September, 2008.

_____
Joyce Howe

Subscribed and sworn to before me
this 2rd day of September, 2008.

_____
Notary Public
Katherine Collopy-Norris

"OFFICIAL SEAL"
KATHERINE COLLOPY-NORRIS
Notary Public, State of Illinois
My Commission Expires 11/02/11