# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Frederick J. Kapala | **Sitting Judge if Other than Assigned Judge** | P. Michael Mahoney |
|---|---|---|---|
| **CASE NUMBER** | 07 C 50245 | **DATE** | 9/10/2008 |
| **CASE TITLE** | MULLINS vs. RINKY DINK | | |

**DOCKET ENTRY TEXT:**

Discovery hearing held. Defendant's motion to withdraw William Sievers as counsel is granted. Settlement conference set for October 27, 2008 at 1:30 pm. Real parties in interest to be present. Parties to submit 2 page settlement document to chambers by October 24, 2008.

Docketing to mail notices.

00:07

| | Courtroom Deputy Initials: | GG |
|---|---|---|